K. Randolph Moore, SBN 106933
Tanya E. Moore, SBN 206683
MOORE LAW FIRM, P.C.
332 North Second Street
San Jose, California 95112
Telephone (408) 298-2000
Facsimile (408) 298-6046

Attorneys for Plaintiff
Fernando Rubio

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| FERNANDO RUBIO,<br><br>Plaintiff,<br><br>vs.<br><br>WAL-MART STORES, INC., et al.,<br><br>Defendant. | No. 1:10-cv-02000-AWI-SMS<br><br>**STIPULATION FOR DISMISSAL OF ACTION; ORDER** |

IT IS HEREBY STIPULATED by and between Plaintiff Fernando Rubio and Defendant Wal-Mart Stores, Inc., the parties who have appeared in this action, by and through their respective counsel, that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the above-captioned action be dismissed with prejudice in its entirety.

Date: July 8, 2011 MOORE LAW FIRM, P.C.

/s/Tanya E. Moore
Tanya E. Moore
Attorney for Plaintiff Fernando Rubio

///

Date: July 8, 2011

BURKE, WILLIAMS & SORENSEN, LLP

/s/ Cheryl Johnson-Hartwell
Cheryl Johnson-Hartwell, Attorneys for Defendant Wal-Mart Stores, Inc.

**ORDER**

The parties having so stipulated, this action is DISMISSED with prejudice.

IT IS SO ORDERED.

Dated: July 8, 2011

CHIEF UNITED STATES DISTRICT JUDGE

*Rubio v. Wal-Mart Stores, Inc.*
Stipulation for Dismissal

Page 2